**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__    District of  __Florida__
                              (State)

Case number (*If known*): _____  Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Biscayne Capital Holdings Limited - In Creditor Voluntary Liquidation

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN)  ____ – _____

   ☒ Other  __46759__ .  Describe identifier  __Company No.__ .

   **For individual debtors:**

   ☐ Social Security number:  XXX - XX– _____

   ☐ Individual Taxpayer Identification number (ITIN):  9 XX - XX - _____

   ☐ Other _____ .  Describe identifier _____ .

3. **Name of foreign representative(s)**  Stephen Briscoe and Michael Pearson - Joint Creditor Voluntary Liquidators

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Creditor's Voluntary Winding up pursuant to Section 215 of the Companies Act, 1981

5. **Nature of the foreign proceeding**

   *Check one:*

   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   See Verified Petition under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☒ Yes

| Debtor | Biscayne Capital Holdings Limited - In Creditor Voluntary Liquidation | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Bermuda

**Debtor's registered office:**

34 Bermudiana Road
Number    Street

PO Box HM 1748
P.O. Box

Hamilton        HM 11 GX
City    State/Province/Region    ZIP/Postal Code

Bermuda
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2nd FL TICO Bldg., Wickhams Cay II
Number    Street

P.O. Box 4441
P.O. Box

Road Town, Tortola, VG110
City    State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**10. Debtor's website** (URL)

_____

**11. Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

    ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| | |
|---|---|
| Debtor    Biscayne Capital Holdings Limited - In Liquidation <br> Name | Case number *(if known)* _____ |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
See Verified Petition Under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ Stephen Bricoe_     Stephen Bricoe
Signature of foreign representative     Printed name

Executed on   11/23/2018
             MM / DD / YYYY

✗ _/s/ MJP_     Michael Pearson
Signature of foreign representative     Printed name

Executed on   11/23/2018
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eduardo F. Rodriguez     Date   11/26/2018
Signature of Attorney for foreign representative     MM / DD / YYYY

Eduardo F. Rodriguez
Printed name

EFR Law Firm
Firm name

1548    Brickell Avenue
Number    Street

Miami        FL    33129
City        State    ZIP Code

(305) 340-0034     eddie@efrlawfirm.com
Contact phone     Email address

36423     FL
Bar number     State